**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KEQIN GUO,

      Plaintiff,

v.                                                                     Case No. 04-CV-71290-DT

CIT GROUP INC., et al.,

      Defendants.

                                                /

**ORDER SETTING IN PERSON STATUS CONFERENCE**

On May 16, 2005, the court held a telephone status conference with counsel in the above-captioned ERISA case involving Plaintiff's claims for both long term and short term disability benefits. Initially, following a January 27, 2005 status conference, on February 9, 2005, Defendants submitted to the court a status memorandum explaining that Plaintiff's claim for long-term benefits still remained pending with the benefit plan administrator. [Dkt. # 16] Both parties had agreed that the resolution of the long-term benefits claim might moot or otherwise reduce the relief Plaintiff seeks in this lawsuit.

After reviewing the status memorandum, the court held another conference with counsel on March 10, 2005 and set a follow up conference for May 16, 2005. During the May 16 conference, Defendants informed the court that the plan administrator had still not rendered a decision on Plaintiff's claim for long-term disability benefits. Based on the discussion on May 16, the court agreed to permit an approximate additional two weeks for Defendants to follow up on the status of Plaintiff's long-term disability claim with the plan administrator. However, the court will require counsel to participate in an in person conference to discuss the progress of the case on June 7, 2005. Accordingly,

IT IS ORDERED that the parties participate in an in-person status conference with the court on **June 7, 2005 at 3:00 p.m.**

At this conference, the parties shall be prepared to provide a detailed update on the status of Plaintiff's long-term disability claim. If the claim has not been resolved administratively, the court intends to issue an expedited briefing schedule to resolve Plaintiff's outstanding ERISA procedural challenge.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  May 24, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 24, 2005, by electronic and/or ordinary mail.

      S/Lisa G. Teets
      Case Manager and Deputy Clerk
      (313) 234-5522